Kenneth L. Rosenfeld, SBN 186060
**THE ROSENFELD LAW FIRM**
1000 G Street, Suite 240
Sacramento, California 95814
Telephone: (916) 447-2070
Facsimile: (916) 447-2097
E-mail: klresq@therosenfeldlawfirm.com

Attorney for Defendant
Oliver P. Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OLIVER P. KIM, ) <br> ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 2:11 CR-00325-WBS <br><br> STIPULATION AND [~~PROPOSED~~] <br> ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from January 30, 2012 at 9:30 a.m. to March 5, 2012 at 9:30 a.m. They stipulate that the time between January 30, 2012 and March 5, 2012, should be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant has reasonable time to review the Government's discovery and to consult with experts regarding the computer and other evidence. Since the last continuance, defense counsel has been handling complex estate matters following the death of counsel's mother who passed away in New York in mid-December and counsel has

therefore been unable to devote adequate time to discovery review and consultation with experts.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

**THE ROSENFELD LAW FIRM**

DATE: January 24, 2012          By:   /s/ Kenneth L. Rosenfeld[1]
                                      KENNETH L. ROSENFELD
                                      Attorney for Defendant

DATE: January 24, 2012                /s/ Kyle Reardon
                                      KYLE REARDON
                                      Assistant United States Attorney

**SO ORDERED.**

DATE:   January 24, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] AUSA Reardon has authorized Mr. Rosenfeld to sign this stipulation on his behalf.