Kenneth L. Rosenfeld, SBN 186060
**THE ROSENFELD LAW FIRM**
1000 G Street, Suite 240
Sacramento, California 95814
Telephone: (916) 447-2070
Facsimile: (916) 447-2097
E-mail: klresq@therosenfeldlawfirm.com

Attorney for Defendant
Oliver P. Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11 CR-00325-WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSE~~D] |
| v. | ) | ORDER TO EXCLUDE TIME |
| | ) | |
| OLIVER P. KIM, | ) | |
| | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from March 5, 2012 at 9:30 a.m. to May 14, 2012 at 9:30 a.m.. They stipulate that the time between March 5, 2012, and May 14, 2012 should be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant has reasonable time to consult with experts and meet with his client; complete estate matters following the death of counsel's mother in New York; then prepare for and complete trial in a child homicide case in the Sacramento Superior Court. Additionally, AUSA Kyle

Reardon will be preparing for, and engaging in trial in a complex matter from approximately mid-April to the week of May 7, 2012.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

**THE ROSENFELD LAW FIRM**

DATE: February 28, 2012    By:    /s/ Kenneth L. Rosenfeld[1]
KENNETH L. ROSENFELD
Attorney for Defendant

DATE: February 28, 2012        /s/ Kyle Reardon
KYLE REARDON
Assistant United States Attorney

**SO ORDERED.**

DATE: February 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] AUSA Reardon has authorized Mr. Rosenfeld to sign this stipulation on his behalf.