Kenneth L. Rosenfeld, SBN 186060
**THE ROSENFELD LAW FIRM**
1000 G Street, Suite 240
Sacramento, California 95814
Telephone: (916) 447-2070
Facsimile: (916) 447-2097
E-mail: klresq@therosenfeldlawfirm.com

Attorney for Defendant
Oliver P. Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11 CR-00325-WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER TO EXCLUDE TIME |
| OLIVER P. KIM, ) | |
| Defendant. ) | |

The parties request that the status conference in this case be continued from May 14, 2012 at 9:30 a.m. to June 11, 2012 at 9:30 a.m.. They stipulate that the time between May 14, 2012, and June 11, 2012 should be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. The parties stipulate that the ends of justice are served by the Court excluding such time. Counsel for the defendant is in a child homicide trial in the Sacramento County Superior Court, *People v. Harper*, case number 09F06535, and the trial is expected to extend at least through the first week of June. Additionally, counsel for the defendant needs reasonable time to complete his consultation

1

with experts and discuss their findings and a possible resolution of the matter with his client.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

**THE ROSENFELD LAW FIRM**

DATE: May 4, 2012  By:   /s/ Kenneth L. Rosenfeld
KENNETH L. ROSENFELD
Attorney for Defendant

DATE: May 4, 2012   /s/ Kyle Reardon[1]
KYLE REARDON
Assistant United States Attorney

**SO ORDERED.**

DATE:  May 4, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] AUSA Reardon has authorized Mr. Rosenfeld to sign this stipulation on his behalf.

2