Kenneth L. Rosenfeld, SBN 186060
**THE ROSENFELD LAW FIRM**
1000 G Street, Suite 240
Sacramento, California 95814
Telephone: (916) 447-2070
Facsimile: (916) 447-2097
E-mail: klresq@therosenfeldlawfirm.com

Attorney for Defendant
Oliver P. Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11 CR-00325-WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER TO EXCLUDE TIME |
| ) | |
| OLIVER P. KIM, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties request that the status conference in this case be continued from June 11, 2012 at 9:30 a.m. to August 6, 2012 at 9:30 a.m.. They stipulate that the time between June 11, 2012, and August 6, 2012 should be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. The parties stipulate that the ends of justice are served by the Court excluding such time. Counsel for the defendant has been involved in a child homicide trial in the Sacramento County Superior Court, *People v. Harper*, case number 09F06535, and is presently preparing for trial in an attempted homicide trial, *People v. Montiel,* case number 10F00239, set to begin on June 11, 2012. Additionally, counsel for the defendant needs reasonable

1

time to complete additional assessments by experts in order to negotiate a reasonable resolution of the matter.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

**THE ROSENFELD LAW FIRM**

DATE: June 6, 2012     By:     /s/ Kenneth L. Rosenfeld
                                KENNETH L. ROSENFELD
                                Attorney for Defendant

DATE: June 6, 2012             /s/ Kyle Reardon[1]
                                KYLE REARDON
                                Assistant United States Attorney

**SO ORDERED.**

DATE:   June 6, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] AUSA Reardon has authorized Mr. Rosenfeld to sign this stipulation on his behalf.

2