1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            2:11-CR-00325-WBS

12          Plaintiff,                   FINAL ORDER OF FORFEITURE

13     v.

14  OLIVER P. KIM,

15          Defendant.

16

17      WHEREAS, on or about August 17, 2012, this Court entered a Preliminary Order of Forfeiture

18  pursuant to the provisions of 18 U.S.C. § 2253, based upon defendant's entry of a guilty plea and the

19  Factual Basis for Plea filed August 6, 2012, forfeiting to the United States the following property:

20          a.    One HP Pavilion laptop computer, serial number CNF7507WGS;

21          b.    One Seagate hard drive, serial number 5MA8EZPJ;

22          c.    One Seagate external hard drive, serial number 5Qd0Q129; and

23          d.    One Seagate external hard drive, serial number 5QG0SYRM.

24      AND WHEREAS, beginning on August 22, 2012, for at least 30 consecutive days, the United

25  States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

26  site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the

27  Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

28  validity of their alleged legal interest in the forfeited property.

                                    1

1    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject

2    property, and the time for any person or entity to file a claim has expired.

3        Accordingly, it is hereby ORDERED and ADJUDGED:

4        1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all

5    right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253 to be disposed of

6    according to law, including all right, title, and interest of Oliver P. Kim.

7        2.    All right, title, and interest in the above-listed property shall vest solely in the name of the

8    United States of America.

9        3.    The U.S. Marshals Service shall maintain custody of and control over the subject

10   property until it is disposed of according to law.

11       SO ORDERED this 12th day of February, 2013.

12

13   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2